JUDGE LEON SCHYDLOWER

FILED
2024 NOV -7 PM 4:25
U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| PROB 22 (Rev. 1/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 22CR00542-001-BAS |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Carrasco-Gimez, Octavio<br>Western District of Texas | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE<br>Cynthia Ann Bashant<br>U.S. District Judge | |
| | DATES OF<br>Supervised Release | FROM<br>5/26/2023 | TO<br>5/25/2026 |

OFFENSE

8 U.S.C. § 1326(a) and (b), Removed Alien Found in the United States, a Class C felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Carrasco-Gimez has no significant ties to the Southern District of California and expects to remain in the Western District of Texas for the remainder of supervised release. The probation office in the Western District of Texas has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

EP24CR2472

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

10/10/2024
Date

_Cynthia Bashant_
Cynthia Ann Bashant
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/7/24
Effective Date

United States District Judge

AH for LUS 7903253

PROB 12C(D)
(05/17)

October 7, 2024
pacts id: 7903253

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Petition for Warrant or Summons for Offender Under Supervision and Transfer of Jurisdiction

**Name of Offender:** Octavio Carrasco-Gimez (Spanish)   **Dkt No.:** 22CR00542-001-BAS

**Reg. No.:** 05384-506

**Name of Sentencing Judicial Officer:** The Honorable Cynthia Ann Bashant, U.S. District Judge

**Original Offense:** 8 U.S.C. § 1326, Removed Alien Found in the United States, a Class C felony.

**Date of Sentence:** July 11, 2022

**Sentence:** 18 months' custody; three years' supervised release. *(Special Conditions If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.)*

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** May 26, 2023

**Asst. U.S. Atty.:** Mathew J. Sutton   **Defense Counsel:** Jory A. Burks, Fed. Defs., Inc.
(Appointed)
619-234-8467

**Prior Violation History:** None.

---

## PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT AND TRANSFER OF JURISDICTION

PROB 12C(D)
Defendant: Octavio Carrasco-Gimez                                                                    October 7, 2024
Docket No.: 22CR00542-001-BAS                                                                              Page 2

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Mandatory Condition)**<br>Not commit another federal, state, or local crime. *(nv1)* | 1. On or about August 16, 2024, Mr. Carrasco-Gimez, a previously deported or removed alien, was found in the United States illegally, the conduct of which is in violation of 8 U.S.C. § 1326, as evidenced by the complaint filed in the United States District Court, Western District of Texas, Dkt. No. 24CR02057-001-LS. |
| | 2. On or about August 16, 2024, Mr. Carrasco-Gimez, illegally reentered or attempted to reenter the United States, the conduct of which is in violation of 8 U.S.C. § 1325, as evidenced by the complaint filed in the United States District Court, Western District of Texas, Dkt. No. 24CR02057-001-LS. |

**Grounds for Revocation**: As to Allegations 1 to 2, I received and reviewed the I received and reviewed the complaint filed in the United States District Court, Western District of Texas, which confirms the following: On the above date, Border Patrol Agents (BPA) encountered the offender at or near mile marker No. 83 on interstate 10 in Fort Hancock, Texas. The offender was arrested after BPA determined the offender was a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States. Records revealed that the offender was deported from the United States on May 30, 2023, through San Ysidro, Ca.

As indicated in the probable cause statement in support of the complaint, the offender had not applied for nor had received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security, to lawfully enter the United States subsequent to removal.

On August 19, 2024, the complaint was filed in the United States District Court, Western District of Texas Dkt. No. 24CR02057-001-LS, charging the offender with 8 U.S.C. §§ 1326(a) and (b)(1), Illegal Re-Entry. The offender plead guilty before Judge Anne T. Berton on October 2, 2024. Further Court hearings have not been scheduled.

PROB 12C(D)

Defendant: Octavio Carrasco-Gimez  October 7, 2024
Docket No.: 22CR00542-001-BAS  Page 3

**U.S. Probation Officer Recommendation:** If found in violation, that supervised release be revoked and the offender be sentenced to 14 months' custody with 36 months' of supervised release to follow, consecutive to any sentence he may be serving, pursuant to USSG §7B1.3(f), p.s.  (An Expanded Violation Worksheet, 12CW(d), has been attached for the Court's review.)

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** October 7, 2024

Respectfully submitted:
JENNIFER K. WALKER
CHIEF PROBATION OFFICER

by  *(signature)*
Tracy D. Huxman
Supervisory U.S. Probation Officer
(619) 409-5149

PROB 12CW(D)                                                                October 7, 2024

# EXPANDED VIOLATION WORKSHEET

1. **Defendant:** CARRASCO-Gimez, Octavio

2. **Docket No. (Year-Sequence-Defendant No.):** 22CR00542-001-BAS

3. **List Each Violation and Determine the Applicable Grade** (*See* USSG § 7B1.1):

   | Violation(s) | Grade |
   |---|---|
   | Deported Alien Found in the U.S. | B |
   | Illegal Entry/Attempted Reentry | C |

4. **Most Serious Grade of Violation** (*See* USSG § 7B1.1(b))  [   B   ]

5. **Criminal History Category** (*See* USSG § 7B1.4(a))  [   III   ]

6. **Statutory Maximum Term** (*Custody*) (*See* 18 U.S.C. § 3583(e)(3))
   Upon finding of a violation, the court may modify the conditions of supervision; extend the term if less than the maximum authorized term was previously imposed); or revoke the term of supervised release. If the court revokes supervised release, the maximum term of imprisonment upon revocation is:   [ 24 months ]

7. **Range of Imprisonment** (*Custody*) (See USSG § 7B1.4(a))
   A Grade B violation with a Criminal History Category III establishes an imprisonment range of:   [8-14 months]

8. **Statutory Maximum Term** (*Supervised Release*) (See 18 U.S.C. § 3583(b))

   If supervised release is revoked and a term of imprisonment is imposed that is less than the maximum term of imprisonment imposable upon revocation, the court can reimpose supervised release upon release from custody. The length of such a term shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release, less any term of imprisonment upon revocation. In this case, the court has the authority to reimpose a term of:   [ 36 months ]

9. **Recommendation:**   [14 months' custody, consecutive to any other sentence being served. *See* USSG § 7B1.3(f)- w/36 months' of supervised release to follow   ]

PROB 12C(D)

Defendant: Octavio Carrasco-Gimez     October 7, 2024
Docket No.: 22CR00542-001-BAS     Page 5

## THE COURT ORDERS:

**X**    A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS, AND UPON APPROVAL OF TRANSFER OF JURISDICTION (PROB 22) FROM THE WESTERN DISTRICT OF TEXAS, JURISDICTION TO BE TRANSFERRED. THE PETITION AND THE WARRANT WILL BE SEALED UNTIL THE OFFENDER HAS BEEN ARRESTED ON THE WARRANT AND THEN THE PETITION AND WARRANT MAY BE UNSEALED. NOTWITHSTANDING THE SEALING, A COPY OF THE PETITION AND WARRANT WILL BE GIVEN TO THE U.S. MARSHAL FOR USE BY LAW ENFORCEMENT.

(Currently detained at West Texas Regional Detention Facility, El Paso, Texas, under Register No. 05384-506)

_____    A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS; JURISDICTION TO REMAIN IN THE SOUTHERN DISTRICT OF CALIFORNIA. THE PETITION AND THE WARRANT WILL BE SEALED UNTIL THE OFFENDER HAS BEEN ARRESTED ON THE WARRANT AND THEN THE PETITION AND WARRANT MAY BE UNSEALED. NOTWITHSTANDING THE SEALING, A COPY OF THE PETITION AND WARRANT WILL BE GIVEN TO THE U.S. MARSHAL FOR USE BY LAW ENFORCEMENT.

_____    Other _____

_[signature: Cynthia Bashant]_
The Honorable Cynthia Ann Bashant
U.S. District Judge

10/10/2024
Date

AH for LUS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>OCTAVIO CARRASCO-GIMEZ,<br><br>                Defendant. | Case No. 22-cr-00542-BAS<br>          22MJ0568<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1326(a) and (b) – Removed Alien Found in the United States (Felony) |
|---|---|

The United States Attorney charges:

On or about February 14, 2022, within the Southern District of California, defendant OCTAVIO CARRASCO-GIMEZ, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//
//
//

FAN:lml:2/28/22

It is further alleged that defendant was removed from the United States subsequent to January 14, 1997.

DATED: 2/28/2022 .

RANDY S. GROSSMAN
United States Attorney

FRANCISCO A. NAGEL
Assistant U.S. Attorney

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 1 3 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA
V.
OCTAVIO CARRASCO-GIMEZ (1)

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 3:22-CR-00542-BAS

JORY A. BURKS OF FEDERAL DEFENDERS INC
Defendant's Attorney

**USM Number** 05384-506

☐ –

THE DEFENDANT:
☒ pleaded guilty to count(s)   ONE (1) OF THE INFORMATION

☐ was found guilty on count(s) _____
   after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title and Section / Nature of Offense** | **Count** |
|---|---|
| 8:1326 – REMOVED ALIEN FOUND IN THE UNITED STATES (FELONY) | 1 |

The defendant is sentenced as provided in pages 2 through    5    of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is dismissed on the motion of the United States.

☒ Assessment: $ 100.00

☐ JVTA Assessment*: $
   *Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

☒ No fine    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

July 11, 2022
Date of Imposition of Sentence

_Cynthia Bashant_
HON. CYNTHIA BASHANT
UNITED STATES DISTRICT JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | |
|---|---|
| DEFENDANT: OCTAVIO CARRASCO-GIMEZ (1) | Judgment - Page 2 of 5 |
| CASE NUMBER: 3:22-CR-00542-BAS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
EIGHTEEN (18) MONTHS

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:
    ☐ at _____ A.M. on _____
    ☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ on or before
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

3:22-CR-00542-BAS

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | OCTAVIO CARRASCO-GIMEZ (1) | Judgment - Page 3 of 5 |
| CASE NUMBER: | 3:22-CR-00542-BAS | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant will be on supervised release for a term of:
THREE (3) YEARS

## MANDATORY CONDITIONS

1. The defendant must not commit another federal, state or local crime.
2. The defendant must not unlawfully possess a controlled substance.
3. The defendant must not illegally possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (check if applicable)
4. ☐ The defendant must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (check if applicable)
5. ☒ The defendant must cooperate in the collection of DNA as directed by the probation officer. (check if applicable)
6. ☐ The defendant must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where the defendant resides, works, is a student, or was convicted of a qualifying offense. (check if applicable)
7. ☐ The defendant must participate in an approved program for domestic violence. (check if applicable)

The defendant must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

3:22-CR-00542-BAS

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | OCTAVIO CARRASCO-GIMEZ (1) | Judgment - Page 4 of 5 |
| CASE NUMBER: | 3:22-CR-00542-BAS | |

# STANDARD CONDITIONS OF SUPERVISION

As part of the defendant's supervised release, the defendant must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for the defendant's behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in the defendant's conduct and condition.

1. The defendant must report to the probation office in the federal judicial district where they are authorized to reside within 72 hours of their release from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame.

2. After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed.

3. The defendant must not knowingly leave the federal judicial district where the defendant is authorized to reside without first getting permission from the court or the probation officer.

4. The defendant must answer truthfully the questions asked by their probation officer.

5. The defendant must live at a place approved by the probation officer. If the defendant plans to change where they live or anything about their living arrangements (such as the people living with the defendant), the defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6. The defendant must allow the probation officer to visit them at any time at their home or elsewhere, and the defendant must permit the probation officer to take any items prohibited by the conditions of their supervision that he or she observes in plain view.

7. The defendant must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so. If the defendant does not have full-time employment the defendant must try to find full-time employment, unless the probation officer excuses the defendant from doing so. If the defendant plans to change where the defendant works or anything about their work (such as their position or their job responsibilities), the defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. The defendant must not communicate or interact with someone they know is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, they must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9. If the defendant is arrested or questioned by a law enforcement officer, the defendant must notify the probation officer within 72 hours.

10. The defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. The defendant must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. Intentionally Omitted.

13. The defendant must follow the instructions of the probation officer related to the conditions of supervision.

3:22-CR-00542-BAS

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | OCTAVIO CARRASCO-GIMEZ (1) | Judgment - Page 5 of 5 |
| CASE NUMBER: | 3:22-CR-00542-BAS | |

## SPECIAL CONDITIONS OF SUPERVISION

1. If deported, excluded or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry into the United States; supervision waived upon deportation, exclusion, or voluntary departure.

//

3:22-CR-00542-BAS

CLOSED,BRADY

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:22-cr-00542-BAS-1

Case title: USA v. Carrasco-Gimez

Magistrate judge case number: 3:22-mj-00568-AGS

Date Filed: 03/15/2022

Date Terminated: 07/13/2022

Assigned to: Judge Cynthia Bashant

### Defendant (1)

**Octavio Carrasco-Gimez**
*TERMINATED: 07/13/2022*
05384506

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 02/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Jory A. Burks**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101
619-234-8467
Email: jory_burks@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or
Community Defender Appointment

### Pending Counts

8:1326(a),(b) - Removed Alien Found in the
United States (Felony)
(1)

### Disposition

Dft committed to the BOP for a term of 18
months, supervised release for 3 years, no
fine, assessment $100, appeal rights waived.

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 8:1326 - Deported Alien Found in the United States | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Francisco Anaya Nagel**<br>United States Attorney's Office<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>619-546-6745<br>Email: francisco.nagel@usdoj.gov<br>*TERMINATED: 04/20/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney*<br><br>**Matthew James Sutton**<br>United States Attorney's Office<br>880 Front Street<br>Suite 6293<br>San Diego, CA 92101<br>(619) 546-8941<br>Fax: (619) 546-0510<br>Email: matthew.sutton@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2022 | | Arrest of Octavio Carrasco-Gimez (no document attached) (lrc) [3:22-mj-00568-AGS] (Entered: 02/15/2022) |
| 02/15/2022 | 1 | COMPLAINT as to Octavio Carrasco-Gimez. (Attachments: # 1 Info Sheet)(lrc) [3:22-mj-00568-AGS] (Entered: 02/15/2022) |
| 02/15/2022 | 2 | Set/Reset Duty Hearings as to Octavio Carrasco-Gimez: Initial Appearance set for 2/15/2022 before Magistrate Judge Andrew G. Schopler. (no document attached) (mme) [3:22-mj-00568-AGS] (Entered: 02/15/2022) |

| | | |
|---|---|---|
| 02/15/2022 | 3 | Minute Entry for proceedings held before Magistrate Judge Andrew G. Schopler: Initial Appearance as to Octavio Carrasco-Gimez held on 2/15/2022. Oral proffer confirmed. Appointed Attorney Federal Defenders for Octavio Carrasco-Gimez. Detention Hearing as to Octavio Carrasco-Gimez held on 2/15/2022. USA oral motion for detention (Flight); motion granted as to Octavio Carrasco-Gimez. Defendant ordered detained without prejudice. Order of detention to be filed by Court. Bond set as to Octavio Carrasco-Gimez (1) No Bail. Rule 5 advisement provided. ( Preliminary Hearing set for 3/01/22 at 2:00pm before Magistrate Judge Andrew G. Schopler. Arraignment set for 3/15/22 at 2:00pm before Magistrate Judge Andrew G. Schopler.) (Interpreter Cynthia Herber). (CD# 2/15/2022 AGS 22-1:2:08-3:59). (Plaintiff Attorney Carlos Arguello AUSA). (Defendant Attorney Brett Diehl, Logan Noblin FD-S/A). (aje) [3:22-mj-00568-AGS] (Entered: 02/16/2022) |
| 02/15/2022 | 4 | ***Spanish Interpreter needed as to Octavio Carrasco-Gimez (no document attached) (aje) [3:22-mj-00568-AGS] (Entered: 02/16/2022) |
| 02/15/2022 | 5 | ORDER as to Octavio Carrasco-Gimez: The Court orders the United States to comply with the continuing duty to disclose evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Upon finding that the government has failed to comply with this order, the Court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges.. Signed by Magistrate Judge Andrew G. Schopler on 2/15/22. (aje) [3:22-mj-00568-AGS] (Entered: 02/16/2022) |
| 02/15/2022 | 7 | ORDER OF DETENTION as to Octavio Carrasco-Gimez. Signed by Magistrate Judge Andrew G. Schopler on 2/15/2022. (smy1) [3:22-mj-00568-AGS] (Entered: 02/16/2022) |
| 02/16/2022 | 6 | NOTICE OF ATTORNEY APPEARANCE Francisco Anaya Nagel appearing for USA. (Nagel, Francisco)Attorney Francisco Anaya Nagel added to party USA(pty:pla) (jcj). [3:22-mj-00568-AGS] (Entered: 02/16/2022) |
| 02/16/2022 | 8 | NOTICE OF ATTORNEY APPEARANCE: Jory A. Burks appearing for Octavio Carrasco-Gimez (Burks, Jory)Attorney Jory A. Burks added to party Octavio Carrasco-Gimez(pty:dft) (jcj). [3:22-mj-00568-AGS] (Entered: 02/16/2022) |
| 02/16/2022 | 9 | TRANSCRIPT ORDER - For hearing(s) on 02-15-2022 (Diehl, Brett) [3:22-mj-00568-AGS] (Entered: 02/16/2022) |
| 02/17/2022 | 10 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT (Partial Transcript of Initial Appearance) as to Octavio Carrasco-Gimez held on 2/15/2022 before Magistrate Judge Andrew G. Schopler. Court Reporter/Transcriber: Ad Hoc Reporting. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 3/10/2022. Redacted Transcript Deadline set for 3/21/2022. Release of Transcript Restriction set for 5/18/2022. (akr) [3:22-mj-00568-AGS] (Entered: 02/17/2022) |
| 02/28/2022 | 11 | NOTICE OF CHANGE OF HEARING as to Defendant Octavio Carrasco-Gimez. On the Court's own motion, the Preliminary Hearing set for 3/1/2022 at 09:30 AM before Magistrate Judge Barbara Lynn Major. (yeb) [3:22-mj-00568-AGS] (Entered: 02/28/2022) |
| 03/01/2022 | 12 | Minute Entry for proceedings held before Magistrate Judge Barbara Lynn Major: Preliminary Hearing not held as to Octavio Carrasco-Gimez. Defense oral motion to continue hearing granted. Preliminary Hearing continued to 3/15/2022 02:00 PM before |

| | | |
|---|---|---|
| | | Magistrate Judge Andrew G. Schopler. (Interpreter Alejandro Rodriguez). (CD# 3/1/2022 BLM 958-1003). (Plaintiff Attorney Sandor Callahan, AUSA). (Defendant Attorney Jory Burks, FD). (dls) [3:22-mj-00568-AGS] (Entered: 03/01/2022) |
| 03/09/2022 | 13 | NOTICE of Lodgment of Information by USA (Nagel, Francisco) (ave). [3:22-mj-00568-AGS] (Entered: 03/09/2022) |
| 03/10/2022 | 14 | NOTICE OF CHANGE OF HEARING (JUDGE + TIME) as to Defendant Octavio Carrasco-Gimez. On the Court's own motion, Arraignment and Preliminary Hearing reset for 3/15/2022 at 09:00 AM before Magistrate Judge William V. Gallo. (nbp) [3:22-mj-00568-AGS] (Entered: 03/10/2022) |
| 03/15/2022 | 15 | INFORMATION as to Octavio Carrasco-Gimez (1) count(s) 1. (jmo) (Entered: 03/16/2022) |
| 03/15/2022 | 16 | Minute Entry for proceedings held before Magistrate Judge William V. Gallo: Arraignment on Information as to Octavio Carrasco-Gimez (1) Count 1 held on 3/15/2022. Not Guilty plea entered. Defendant waived Indictment in open court. Motion Hearing/Trial Setting set for 4/18/2022 02:00 PM before Judge Cynthia Bashant. (Interpreter Elizabeth Torres, Gabriela Sosa). (CD# 3/15/2022 WVG 22 9:02-9:21). (Plaintiff Attorney Jason Gorn AUSA-S/A). (Defendant Attorney Samantha Jaffe S/A). (acc) (Entered: 03/16/2022) |
| 04/04/2022 | 17 | NOTICE of Lodgment of Plea Agreement by USA *and Rule 11 waiver* (Nagel, Francisco) (jmo). (Entered: 04/04/2022) |
| 04/12/2022 | 18 | NOTICE OF HEARING as to Defendant Octavio Carrasco-Gimez. At the request of Defense counsel, a Change of Plea Hearing is set for 4/14/2022 at 2:00 PM before Magistrate Judge Andrew G. Schopler. (no document attached) (yeb) (Entered: 04/12/2022) |
| 04/14/2022 | 19 | Minute Entry for proceedings held before Magistrate Judge Andrew G. Schopler: Change of Plea Hearing as to Octavio Carrasco-Gimez held on 4/14/2022. Guilty plea tendered by Octavio Carrasco-Gimez on count 1 of the Information. Excludable(s) started as to Octavio Carrasco-Gimez: XK (4/14/2022-7/11/2022) - Proposed plea tendered. PSR Ordered. All pending motions withdrawn; pending hearing dates vacated. Any objections to Findings due within 14 days. Sentence With PSR set for 7/11/2022 at 9:00 AM before Judge Cynthia Bashant. (Interpreter Salvador Castellanos). (CD# 4/14/2022 AGS 22:2:27-3:33). (Plaintiff Attorney Amanda Muskat, AUSA). (Defendant Attorney Jory A. Burks, FD). (yeb) (Entered: 04/15/2022) |
| 04/14/2022 | 20 | CONSENT TO RULE 11 PLEA before Magistrate Judge Andrew G. Schopler by Octavio Carrasco-Gimez. (jmo) (Entered: 04/15/2022) |
| 04/14/2022 | 21 | PLEA AGREEMENT as to Octavio Carrasco-Gimez. (jmo) (Entered: 04/15/2022) |
| 04/14/2022 | 22 | FINDINGS AND RECOMMENDATION of the Magistrate Judge upon a Tendered Plea of Guilty as to Octavio Carrasco-Gimez: Recommending that the district judge accept the defendant's plea of guilty. Signed by Magistrate Judge Andrew G. Schopler on 4/14/22. (jmo) (Entered: 04/15/2022) |
| 04/20/2022 | 23 | NOTICE OF ATTORNEY APPEARANCE Matthew James Sutton appearing for USA. *Terminating AUSA Francisco Anaya Nagel* (Sutton, Matthew)Attorney Matthew James Sutton added to party USA(pty:pla) (jmo). (Entered: 04/20/2022) |
| 04/29/2022 | 24 | ORDER ACCEPTING GUILTY PLEA as to count one (1) of the Information, as to Octavio Carrasco-Gimez, adopting 22 Findings and Recommendation. Signed by Judge Cynthia Bashant on 4/29/2022. (lrf) (Entered: 04/29/2022) |
| 06/01/2022 | 25 | PRE-SENTENCE REPORT as to Octavio Carrasco-Gimez. Report prepared by: Nadine L. Rego. (Document applicable to USA, Octavio Carrasco-Gimez.) (Osorno, A.) (Entered: |

| | | |
|---|---|---|
| | | 06/01/2022) |
| 06/02/2022 | 26 | SENTENCING SUMMARY CHART by USA as to Octavio Carrasco-Gimez (Sutton, Matthew) (jmo). (Entered: 06/02/2022) |
| 06/30/2022 | 27 | NOTICE OF CHANGE OF TIME ONLY HEARING as to Defendant Octavio Carrasco-Gimez. Sentence With PSR set for 7/11/2022 at 9:00 is reset for 09:30 AM in Courtroom 4B before Judge Cynthia Bashant. (no document attached) (sxm) (Entered: 06/30/2022) |
| 07/01/2022 | 28 | SENTENCING MEMORANDUM by Octavio Carrasco-Gimez (Attachments: # 1 Exhibit) (Burks, Jory) (jmo). (Entered: 07/01/2022) |
| 07/11/2022 | 29 | Minute Entry for proceedings held before Judge Cynthia Bashant: Sentence With PSR Hearing held on 7/11/2022 for Octavio Carrasco-Gimez (1). Count 1: Dft committed to the BOP for a term of 18 months, supervised release for 3 years, no fine, assessment $100, appeal rights waived. (Interpreter Edith Monroy). (Court Reporter/ECR Anne Roldan). (Plaintiff Attorney Mark Conover, AUSA). (Defendant Attorney Jory A. Burks, FD). (PO: Erin Fairley). (no document attached) (lrc) (Entered: 07/11/2022) |
| 07/13/2022 | 30 | JUDGMENT as to Octavio Carrasco-Gimez (1), Count(s) 1, Dft committed to the BOP for a term of 18 months, supervised release for 3 years, no fine, assessment $100, appeal rights waived. Signed by Judge Cynthia Bashant. (jmo) (Entered: 07/13/2022) |